

# FILED

## UNITED STATES DISTRICT COURT IN
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DEC 1 4 2007  **DEC 1 4 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RICHARD INCANDELA

          **Plaintiff,**

          **v.**

07CV7051
JUDGE DARRAH
MAG. JUDGE DENLOW

**GREAT-WEST LIFE & ANNUITY INS. CO.**  )
                                 )
         **Defendant.**          )

## NOTICE OF REMOVAL

Defendant Great-West Life & Annuity Insurance Co. ("Great West"), by its attorneys, Walker Wilcox Matousek LLP, hereby gives notice of its removal of this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1441 and 1446. Great-West bases its removal of this action on the district court's diversity of citizenship jurisdiction, 28 U.S.C. § 1332(a), and, in support, states as follows:

## BACKGROUND

1.     Plaintiff, Richard Incandela, initiated this declaratory judgment action by filing a complaint in the Circuit Court of Cook County, Illinois, Case No. 07 CH 30766. A copy of Plaintiff's complaint is attached hereto at Ex. A.

2.     In the complaint, Plaintiff alleges that Great-West wrongfully terminated and subsequently failed to reinstate a certain life insurance policy issued by Great-West to Plaintiff.

3.     On November 15, 2007, Plaintiff served Great-West with a summons and a copy of the complaint through the Department of Insurance, pursuant to 215 ILCS

5/121-7. (Ex. B, Summons). This notice is being filed within 30 days after service of the complaint and therefore is timely. 28 U.S.C. § 1446(b).

4.    No other process, pleadings or orders have been filed or served in the Illinois state court action. The state court has not set or conducted any hearings regarding this matter.

5.    Great-West now removes Plaintiff's lawsuit from Illinois state court to this Court, based on diversity jurisdiction, 28 U.S.C. § 1332(a), because the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

## AMOUNT IN CONTROVERSY

6.    Before a district court will have jurisdiction over a matter, 28 U.S.C. § 1332(a) requires that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7.    Plaintiff's complaint seeks, *inter alia*, an order reinstating a certain life insurance policy previously terminated by Great-West with a face amount of $1,750,000.

8.    Accordingly, the amount in controversy in this lawsuit exceeds $75,000, exclusive of interest and costs.

## DIVERSITY OF CITIZENSHIP

9.    Second, under 28 U.S.C. § 1332(a), before a district court will have diversity jurisdiction over a matter, the parties must be of diverse citizenship. Diversity of citizenship exists where the controversy is "between...citizens of different States." 28 U.S.C. § 1332(a)(1). For purposes of Section 1332, "a corporation shall be deemed to be

a citizen of any State by which its has been incorporated and of the state where it has its principal place of business[.]" 28 U.S.C. § 1332(c)(1).

10.     In this case, Plaintiff and Great-West are diverse. Plaintiff "is a citizen and resident of the State of Illinois." (Ex. A, Compl., ¶ 2). Defendant, on the other hand, is a Colorado corporation doing business in forty-nine states with its principal place of business located in Greenwood Village, Colorado, which is also where all of its corporate executives maintain offices. Accordingly, complete diversity amongst the parties in this lawsuit exists because Plaintiff is a citizen of Illinois, and Great-West is a citizen of Colorado.

11.     Written notice of removal was served on Plaintiff and filed with the Circuit Court of Cook County, Illinois on the date below.

### CONCLUSION

For the foregoing reasons, this Court has diversity jurisdiction over this matter, and Great-West properly removes this matter from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted this 14th day of December, 2007.

GREAT-WEST LIFE & ANNUINTY INSURANCE COMAPNY

By: _____
One of its attorneys

Robert P. Arnold, Esq.
James W. Kienzle, Esq.
**WALKER WILCOX MATOUSEK LLP**
225 West Washington St.
24th Floor
Chicago, Illinois 60606
Phone: (312) 244-6700
Fax:     (312) 244-6800
jkienzle@wwmlawyers.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Defendant's Notice of Removal** was served upon counsel of record by forwarding a copy of same to their addresses, listed below, in accordance with the Illinois Code of Civil Procedure and the Illinois Supreme Court Rules on this 14th day of December 2007:

> Andrew K. Miller
> Jennifer A. Kunze
> **THE MILLER LAW GROUP, LLC**
> 15 Spinning Wheel Road
> Suite 210
> Hinsdale, Illinois 60521
> *Attorneys for Plaintiff*

James W. Kienzle

# EXHIBIT A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT-CHANCERY DIVISION

| | | |
|---|---|---|
| RICHARD INCANDELA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **07 CH 30766** |
| vs. | ) | Case No.    **RECEIVED** |
| | ) | STATE OF ILLINOIS |
| GREAT-WEST LIFE & ANNUITY | ) | |
| INSURANCE COMPANY | ) | NOV 1 5 2007 |
| | ) | *2.0057* |
| Defendant. | ) | DEPT. OF INSURANCE |
| | | CHICAGO, ILLINOIS |

### COMPLAINT FOR DECLARATORY RELIEF

NOW COMES the plaintiff, RICHARD INCANDELA, by and through his attorneys, THE MILLER LAW GROUP, LLC and for his complaint for declaratory relief, states as follows:

### NATURE OF THE ACTION

1.    This action for declaratory relief is filed pursuant to 735 ILCS 5/2-701 to determine questions of insurance coverage issued by The Great-West Life Assurance Company ("Great-West") to Richard Incandela ("Incandela"). Great-West denies that it has any obligation to reinstate Incandela's policy of insurance. An actual, justiciable controversy exists between Great-West and Incandela involving the rights and obligations of the parties under Incandela's policy.

### PARTIES

2.    Plaintiff Incandela is a citizen and resident of the State of Illinois.

3.    Upon information and belief, Defendant Great-West is a foreign corporation licensed to conduct business in the State of Illinois and does in fact conduct business in the State of Illinois.

### JURISDICTION

4.    This Court has jurisdiction over this matter as it is based upon Illinois common law and the Plaintiff is a resident and citizen of the State of Illinois. Venue is

proper in Cook County, Illinois pursuant to 735 ILCS 5/2-101 because the transaction out of which this cause of action set forth herein arose in occurred in Cook County, Illinois.

## POLICY

5.    Great-West provided a life insurance policy to Incandela under the following policy.

| POLICY NUMBER | EFFECTIVE DATE | FACE AMOUNT |
|---|---|---|
| 4183333 | June 1, 1988 | $1,750,000.00 |

5.    The relevant policy language provides, in relevant part:

## GRACE PERIOD

The first day of each month is the due date for any premium needed for that month. Except for the first premium:

- If the amount in the Policy Value Account, less than any outstanding policy loans, on the last day of a month is not sufficient to cover the monthly deduction for the Cost of Insurance for the next month, a grace period of 60 days will be allowed for the payment of a sufficient amount; or
- If the premium payments required by the continuation of insurance provision on Page 11 are not met, then a grace period of 60 days will be allowed for the payment of a sufficient amount.

Coverage will remain in force during the grace period. If the premium due is not paid within the grace period and if there is no cash value, all coverage under this policy will cease at the end of the 60 day period. If premium due is no paid within the grace period and there is a cash value, all coverage under this policy will continue as a paid-up policy as described in the Nonforfeiture Benefit provision.

Notice of such premium will be mailed to the Owner and any assignee of record **at least 31 days** prior to the date coverage will cease.

## REINSTATEMENT

This policy may be reinstated within 3 years after coverage ceased unless it had been surrendered.

The Company must receive:

- A written request, signed by the Owner, for reinstatement;
- Evidence of insurability for the Insured and any other person covered by rider;
- Payment of the Cost of Insurance for the grace period;
- Payment of an amount equal to 4 months' Cost of Insurance plus $20.00. Such payment less the expense charge will be credited to the Policy Value Account as of the date of reinstatement; and
- Payment or reinstatement of any policy loan which was outstanding as of the date the coverage ceased, including interest thereon.

## COUNT I

## BREACH OF CONTRACT

1-5.    Incandela repeats and realleges paragraphs 1-5 as though fully set forth and incorporated herein.

6.    The monthly premiums on the life insurance policy issued to Incandela name Sharon Incandela Trustee as the Owner. There are no assignees on this policy.

7.    On April 30, 2007 the Owner received written notice that since sufficient premium had not been received and that the policy had terminated on March 1, 2007. This was the first notice the Owner had received regarding notice of termination.

8.    The Great-West policy language clearly provides that if the premium is not paid within the grace period, coverage will terminate at the end of the 60 day period. The policy further states that notice of such termination will be mailed to the Owner and any assignee of record *at least 31 days* prior to the date coverage will cease. *See* Great-West Insurance Policy, attached hereto as Exhibit A.

9.    Great-West failed to provide written notification that sufficient premiums had not been paid and as a result the policy would terminate on March 1, 2007.

3

10.     On May 25, 2007 the Incandela Family Trust submitted a check payable to Great-West in the amount of $22,022.21 to cover any outstanding premiums and submitted an application to reinstate the policy as directed by Great-West.

11.     On July 11, 2007, Great-West denied Incandela's application for reinstatement.

12.     As a result of Great-West's failure to provide written notice that sufficient premium had not been received; Incandela was not provided an opportunity to submit payment to rectify the outstanding premiums and was wrongfully denied reinstatement.

WHEREFORE, Incandela respectfully requests that this Honorable Court enter an order:

a)      Finding and declaring that Great-West failed to provide sufficient written notice of the outstanding premiums owed and the date the policy was expected to terminate;

b)      Finding and declaring that Great-West wrongfully terminated Incandela's policy of insurance;

c)      Finding and declaring that Great-West wrongfully denied Incandela's request for reinstatement of the policy;

d)      Reinstating the insurance policy effective as of the date of termination;

e)      Finding and declaring that Great-West has continued insurance obligations to Incandela; and

f)      Granting such other and additional relief as may be appropriate, including the award to Incandela of its costs and attorney fees incurred in this action for declaratory relief.

4

Respectfully submitted,
**The Miller Law Group, LLC**

By: _____
One of the attorneys for Incandela

Andrew K. Miller
Jennifer A. Kunze
**THE MILLER LAW GROUP, LLC**
15 Spinning Wheel Road
Suite 210
Hinsdale, Illinois 60521
Telephone: (630) 654-4847
Facsimile: (630) 654-4894
Cook County No. 41949

5

# EXHIBIT B

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ DIVISION

**RECEIVED**
**STATE OF ILLINOIS**

(Name all parties)

RICHARD INCANDELA

v.

GREAT-WEST LIFE& ANNUITY INSURANCE CO

}

NOV 1 5 2007
2003 7
**DEPT. OF INSURANCE**
CHICAGO, ILLINOIS

No. **07CH30766**

### SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____*802*_____, Chicago, Illinois 60602

| ☐ District 2 - Skokie | ☐ District 3 - Rolling Meadows | ☐ District 4 - Maywood |
|---|---|---|
| 5600 Old Orchard Rd. | 2121 Euclid | 1500 Maybrook Ave. |
| Skokie, IL 60077 | Rolling Meadows, IL 60008 | Maywood, IL 60153 |
| ☐ District 5 - Bridgeview | ☐ District 6 - Markham | ☐ Child Support |
| 10220 S. 76th Ave. | 16501 S. Kedzie Pkwy. | 28 North Clark St., Room 200 |
| Bridgeview, IL 60455 | Markham, IL 60426 | Chicago, Illinois 60602 |

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:** *Please Serve the Director of Insurance, 100 W. Randolph, 9th Fl. Chicago, IL 62767*

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. **This Summons may not be served later than 30 days after its date.**

Atty. No.: 41949

Name: Jennifer A. Kunze

Atty. for: Plaintiff

Address: 15 Spinning Wheel Rd., Ste. 210

City/State/Zip: Hinsdale, IL 60521

Telephone: 630 655 0692

Service by Facsimile Transmission will be accepted at: _____

WITNESS, OCT 24 2007 _____, _____

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT

**Clerk of Court**

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

_____
(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**