# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7051 | **DATE** | December 20, 2007 |
| **CASE TITLE** | Incandela v. Great-West Life & Annuity Ins. Co. | | |

**DOCKET ENTRY TEXT:**

A status hearing is scheduled for February 6, 2008, at 9:00 a.m.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|