UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
CASE NO. 07 CV 7051

RICHARD INCANDELA )
 )
      Plaintiff, )
 )
vs. )
 )
GREAT-WEST LIFE & ANNUITY )
INSURANCE COMPANY )
 )
      Defendant. )

### RICHARD INCANDELLA'S ANSWERS TO GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY'S DEFENSES

NOW COMES the plaintiff, RICHARD INCANDELA ("Incandela"), by and through his attorneys, THE MILLER LAW GROUP, LLC and for his answers to GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY's ("Great-West") defenses, states as follows:

1. The Complaint fails to state a claim upon which relief can be granted.

**ANSWER:**

Incandela denies the allegations contained in paragraph 1.

2. Plaintiff's claims are barred or reduced based on the principal of estoppel.

**ANSWER:**

Incandela denies the allegations contained in paragraph 2.

3. Plaintiff's claims fail due to a failure of consideration.

**ANSWER:**

Incandela denies the allegations contained in paragraph 3.

4. The Complaint should be dismissed for failure to join a necessary and indispensable party.

**ANSWER:**

Incandela denies the allegations contained in paragraph 4

5. No justiciable controversy is presented because Plaintiff lacks standing to pursue the claims raised in the Complaint.

**ANSWER:**

Incandela denies the allegations contained in paragraph 5.

6. Plaintiff failed to satisfy conditions precedent to coverage by the failure to have premiums necessary to maintain coverage submitted to Great-West and by the failure to medically qualify for reinstatement of the automatically terminated coverage.

**ANSWER:**

Incandela denies the allegations contained in paragraph 6.

7. Plaintiff's claims are barred or reduced based on the principal of waiver.

**ANSWER:**

Incandela denies the allegations contained in paragraph 7.

WHEREFORE plaintiff RICHARD INCANDELA respectfully requests that this Court enter an order in his favor and against GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY and for any further relief this Court deems just.

        /s:/ Jennifer A. Kunze
Attorney for Incandela
**The Miller Law Group, LLC**
15 Spinning Wheel Road
Suite 210
Hinsdale, Illinois 60521
Telephone: (630) 655-0692
Facsimile: (630) 654-4894