## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies under penalties of perjury that on this 16th day of January, 2008, before 5:00 p.m., copies of Incandela's Answers to Great West Life & Annuity Insurance Company's Defenses all other aforementioned documents were electronically filed with the Clerk of the Northern District of Illinois, Eastern Division, using the ECF, which will send notification of such to Mr. James Kienzle, attorney for Great-West Life & Annuity Insurance Company.

/s/: Jennifer A. Kunze
Attorney for Incandela
**The Miller Law Group, LLC**
15 Spinning Wheel Road
Suite 210
Hinsdale, Illinois 60521
Telephone: (630) 655-0692
Facsimile: (630) 654-4894