UNITED STATES DISRICT OURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
Case No. 07 CV 7051

| | |
|---|---|
| RICHARD INCANDELA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GREAT-WEST LIFE & ANNUITY | ) |
| INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S INITIAL DISCLOSURES IN ACCORDANCE WTH FEDERAL RULE OF CIVIL PROCEDURE RULE 26 (a)**

Now comes plaintiff RICHARD INCANDELA, by and through his attorneys, THE MILLER LAW GROUP, LLC and herby submits his Initial Disclosures, pursuant to F.R.C.P. 26(a)(1):

1. **INITIAL DISCLOSURES**

    **(A) WITNESSES.** The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

    i.  Plaintiff Richard S. Incandella;

    ii. Sharon Sue Incandela, owner of life insurance policy in question; and

    iii. All employees of Great-West Life & Annuity Insurance Company (hereinafter "Great-West") employed at the time of alleged lapse of the policy and thereafter.

    iv.    Plaintiff will supplement these disclosures as additional information becomes available.

**(B) DOCUMENTS.** A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

    i.    Life insurance policy issues by Great-West to insured Richard S. Incandela and owned by Sharon Sue Incandela, policy number 4183333;

    ii.    Plaintiff's application for reinstatement of the policy and all accompanying records relating to reinstatement;

    iii.    Correspondence between plaintiff and Great West relating to and resulting from the alleged lapse of the policy; and

    iv.    Plaintiff will supplement these documents as additional information becomes available.

**(C) DAMAGES.** A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

Plaintiff seeks the following damages:

i. A declaration that Great-West failed to provide sufficient written notice of the outstanding premiums owed and the date the policy was expected to terminate;

ii. A declaration that Great-West wrongfully terminated Incandela's policy of insurance;

iii. A declaration that Great-West wrongfully denied Incandela's request for reinstatement of the policy;

iv. A declaration that Great-West has continued insurance obligations to Incandela; and

v. Reinstatement of the policy of insurance issued by Great-West, policy number 4183333, effective as of the date of termination; and

vi. Plaintiff will supplement these damages as additional information becomes available.

**(D) INSURANCE AGREEMENTS.** For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

i. Great-West Life & Annuity Insurance Company (Policy Number: 4183333)

2. **EXPERT WITNESSES:**

a. Defendant has not yet retained any experts for trial

b. Defendant reserves the right to supplement these disclosures as additional information becomes available.

3. **PRETRIAL DISCLOSURES**

**(A) WITNESSES.** Defendant has not yet identified those witnesses he intends to call at trial and reserves the right to supplement these disclosures as additional information becomes available;

**(B) WITNESSES BY DEPOSITION.** Defendant has not yet identified any witnesses whose testimony is expected to be presented by means of a deposition and reserves the right to supplement these disclosures as additional information becomes available;

**(C) DOCUMENTS.** Defendant has not identified those documents he intends to use at trial and reserves the right to supplement these disclosures as additional information becomes available.

Respectfully submitted,
**The Miller Law Group, LLC**

/s:/ Jennifer A. Kunze
Attorney for Incandela
**The Miller Law Group, LLC**
15 Spinning Wheel Road
Suite 210
Hinsdale, Illinois 60521
Telephone: (630) 655-0692
Facsimile: (630) 654-4894