## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies under penalties of perjury that on this 1st day of February, 2008, copies of Incandela's Rule 26 (a) Disclosures and all other aforementioned documents were electronically filed with the Clerk of the Northern District of Illinois, Eastern Division, using the ECF, which will send notification of such to Mr. James Kienzle, attorney for Great-West Life & Annuity Insurance Company.

                                              /s/: Jennifer A. Kunze
                                              Attorney for Incandela
                                              **The Miller Law Group, LLC**
                                              15 Spinning Wheel Road
                                              Suite 210
                                              Hinsdale, Illinois 60521
                                              Telephone: (630) 655-0692
                                              Facsimile: (630) 654-4894