UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD INCANDELA,            )<br>                                                  )<br>            Plaintiff,             )<br>                                                  )<br>vs.                                          )        No.:  07 C 7051<br>                                                  )<br>GREAT-WEST LIFE & ANNUITY  )<br>INSURANCE COMPANY,           )<br>                                                  )<br>            Defendant.            )<br>                                                  ) | |

**DEFENDANT'S INITIAL DISCLOSURES**

Defendant, Great-West Life & Annuity Insurance Co. ("Great-West"), by and through its attorneys, Walker Wilcox Matousek LLP, hereby provides the following initial disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1).

The following disclosures are based upon the information currently reasonably available to Great-West, and Great-West expressly hereby reserves the right to seasonably supplement its initial disclosures pursuant to Fed. Rule Civ. Proc. 26(e) as discovery in this matter progresses.  Subject to the foregoing reservation, Great-West submits its disclosures pursuant to Fed. Rule Civ. Proc. 26(a)(1) as follows:

**(A)   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

   i.   Plaintiff Richard S. Incandela;

   ii.  Sharon Sue Incandela, listed owner and beneficiary of Great-West Policy No. 4183333;

   iii. Most Knowledgeable Person at Frank P. Orzel & Company at all times relevant to Plaintiff's lawsuit;

{File: 00054120.DOC /}

    iv.    Joan Anderson and Tony Roberson, employees of Great-West, and any other employees, vendors or contractors of Great-West with knowledge pertaining to necessary aspects of Plaintiff's lawsuit; and,

    v.    Great-West may supplement these disclosures as additional information becomes available.

**(B)** **A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

    i.    Plaintiff's original application for insurance submitted to Great-West, currently located at Great-West's counsel's office;

    ii.    Great-West Policy No. 4183333 issued to Plaintiff, currently located at Great-West's counsel's office;

    iii.    Relevant correspondence between Great-West and Plaintiff, Plaintiff's counsel, Sharon Sue Incandela and Frank P. Orzel & Company, currently located at Great-West's counsel's office;

    iv.    Plaintiff's application for reinstatement of Great-West Policy No. 4183333 and accompanying records, currently located at Great-West's counsel's office;

    v.    Copies of all premium notices, any other notices and annual statements, currently located at Great-West's counsel's office;

    vi.    Medical records of Plaintiff, currently located at Great-West's counsel's office; and,

    vii.    Great-West may supplement these documents as additional information becomes available.

**(C)** **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents**

or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Not applicable.

**(D)** **For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

Dated:  February 27, 2008                    Respectfully submitted,

GREAT-WEST LIFE & ANNUITY
INSURANCE COMPANY


/s/:  James W. Kienzle_____
Attorney for Great-West
Walker Wilcox Matousek LLP
225 West Washington Street
Suite 2400
Chicago, IL 60606
Telephone:  312-244-6700
Facsimile:  312-244-6800

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, certifies under penalties of perjury that on this 27th day of February, 2008, a true and correct copy of **Defendant's Initial Disclosures** was electronically filed with the Clerk of the Northern District of Illinois, Eastern Division, using the ECF, which will send notification of such to Ms. Jennifer A. Kunze, attorney for Plaintiff Richard Incandela.

                /s/:  James W. Kienzle
                Attorney for Great-West
                Walker Wilcox Matousek LLP
                225 West Washington Street
                Suite 2400
                Chicago, IL 60606
                Telephone:  312-244-6700
                Facsimile:  312-244-6800