**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Richard Incandela

                               Plaintiff,

v.                                                   Case No.: 1:07−cv−07051
                                                        Honorable John W. Darrah

Great−West Life & Annuity Insurance Company

                               Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Morton Denlow for the purpose of holding proceedings related to: settlement conference.(maf, )Mailed notice.

Dated: March 12, 2008

                                                                               /s/ John W. Darrah

                                                                      United States District Judge