## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Richard Incandela

                                  Plaintiff,

v.                                                                            Case No.: 1:07−cv−07051
                                                                           Honorable John W. Darrah

Great−West Life & Annuity Insurance Company

                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

     MINUTE entry before the Honorable Morton Denlow:Magistrate Judge Status hearing held on 5/22/2008. Parties having indicated no interest in settlement, all matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Case no longer referred to Honorable Morton Denlow.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.