UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION
07 CV 7051

| | |
|---|---|
| RICHARD INCANDELA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GREAT-WEST LIFE & ANNUITY | ) |
| INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

## MOTION TO EXTEND THE DISCOVERY CLOSURE DATE

NOW COMES the plaintiff, Richard Incandela, by and through his attorneys, and for his Motion to Extend the Discovery Closure Date, states as follows:

1. Discovery in this matter is scheduled to close on July 10, 2008.

2. On or about March 12, 2008 this matter was transferred to Magistrate Judge Morton Denlow for the purpose of holding a settlement conference. Over the past several months the parties have attempted to settle the matter but were unable to reach a settlement agreement. On or about May 22, 2008 the matter was returned to Judge John Darrah for discovery and trial purposes.

3. Incandela has issued written discovery requests to Great-West but its answers are not yet due. Incandela has not yet received written discovery requests from Great-West. Incandela respectfully request that the Court extend discovery for a period of ninety (90) days so that the parties may complete written and oral discovery.

4. Counsel for Incandela has spoken with counsel for Great-West, who has informed her that Great-West wishes to join in on the Motion to Extend Discovery and has no objections if said motion should be granted.

WHEREFORE, plaintiff, RICHARD INCANDELA, respectfully requests that this Court grant his Motion to Extend Discovery for a period of ninety (90) days and for any further relief this Court deems just.

Respectfully submitted,
**The Miller Law Group, LLC**

By:   /s/: Jennifer A. Kunze
Jennifer A. Kunze
**THE MILLER LAW GROUP, LLC**
15 Spinning Wheel Road
Suite 210
Hinsdale, Illinois 60521
Telephone: (630) 655-0692
Facsimile: (630) 654-4894