UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD INCANDELA | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 07 cv 7051 ) |
| GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY | ) ) ) |
| Defendant. | ) ) |

### NOTICE OF MOTION

To:  James W. Kienzle
Walker Wilcox Matousek, LLP
225 West Washington Street
Suite 2400
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on the **16th** day of July, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Darrah, or any Judge sitting in stead in Courtroom 1203 of the United States District Court for the Northern District of Illinois in Chicago, Illinois, and shall then and there present Richard Incandela's Motion to Extend the Discovery Closure Date, copies of which are attached and hereby served upon you.

/s:/ Jennifer A. Kunze_____
Attorney for Incandela
**The Miller Law Group, LLC**
15 Spinning Wheel Road
Suite 210
Hinsdale, Illinois 60521
Telephone: (630) 655-0692
Facsimile: (630) 654-4894

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies under penalties of perjury that on this 9th day of July, 2008, before 5:00 p.m., copies of Incandela's Motion to Extend Discovery and all other aforementioned documents were electronically filed with the Clerk of the Northern District of Illinois, Eastern Division, using the ECF, which will send notification of such to Mr. James Kienzle, attorney for Great-West Life & Annuity Insurance Company.

      /s/:  Jennifer A. Kunze
      Attorney for Incandela
      **The Miller Law Group, LLC**
      15 Spinning Wheel Road
      Suite 210
      Hinsdale, Illinois 60521
      Telephone:  (630) 655-0692
      Facsimile:   (630) 654-4894