UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD INCANDELA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07 cv 7051 |
| ) | |
| GREAT-WEST LIFE & ANNUITY ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

## RE-NOTICE OF MOTION

To:   James W. Kienzle
      Walker Wilcox Matousek, LLP
      225 West Washington Street
      Suite 2400
      Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on the **9th** day of September, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Darrah, or any Judge sitting in stead in Courtroom 1203 of the United States District Court for the Northern District of Illinois in Chicago, Illinois, and shall then and there present Richard Incandela's Motion to Extend the Discovery Closure Date, copies of which were previously served upon you.

/s:/ Jennifer A. Kunze
Attorney for Incandela
**The Miller Law Group, LLC**
15 Spinning Wheel Road
Suite 210
Hinsdale, Illinois 60521
Telephone: (630) 655-0692
Facsimile: (630) 654-4894

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, certifies under penalties of perjury that on this 26th day of August, 2008, before 5:00 p.m., copies of Incandela's Re-Notice of Motion for his Motion to Extend Discovery and all other aforementioned documents were electronically filed with the Clerk of the Northern District of Illinois, Eastern Division, using the ECF, which will send notification of such to Mr. James Kienzle, attorney for Great-West Life & Annuity Insurance Company.

              /s/: Jennifer A. Kunze
              Attorney for Incandela
              **The Miller Law Group, LLC**
              15 Spinning Wheel Road
              Suite 210
              Hinsdale, Illinois 60521
              Telephone: (630) 655-0692
              Facsimile: (630) 654-4894