UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION
07 CV 7051

| | |
|---|---|
| RICHARD INCANDELA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY | ) ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT *INSTANTER***

NOW COMES the plaintiff, Richard Incandela, by and through his attorneys, and moves this Honorable Court to grant him leave to amend his complaint to include a bad faith claim and to add additional relief in his prayer for relief, a copy of which is attached hereto as Exhibit A.

WHEREFORE, plaintiff RICHARD INCANDELA, respectfully requests that this Court enter an order granting him leave to file an amended complaint *instanter* and for any further relief this Court deems just.

Respectfully submitted,
**The Miller Law Group, LLC**

By:   /s/: Jennifer A. Kunze
Jennifer A. Kunze
**THE MILLER LAW GROUP, LLC**
15 Spinning Wheel Road
Suite 210
Hinsdale, Illinois 60521
Telephone: (630) 655-0692
Facsimile: (630) 654-4894