# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7051 | **DATE** | 9/9/2008 |
| **CASE TITLE** | Incandela vs. Great - Wedt Life & Annuity Ins. Co. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file an amended complaint, instanter, is granted [19]. Responsive pleadings to be filed by 10/9/08. Plaintiff's motion for an extension of time to complete discovery [17] is granted. Discovery is extended to 12/8/08. Status hearing set for 12/9/08 at 9:00 a.m. for presentation of dispositive motions. Pretrial conference set for 12/4/08 and jury trial set for 12/8/08 is vacated.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|