UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD INCANDELA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07 cv 7051 |
| ) | |
| GREAT-WEST LIFE & ANNUITY ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING

To:   James W. Kienzle
      Walker Wilcox Matousek, LLP
      225 West Washington Street
      Suite 2400
      Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on the 10th day of September, 2008 copies of Plaintiff's Amended Complaint were electronically filed with the Clerk of the United States District Court for the Northern District of Illinois in Chicago, Illinois, using the Electronic Case Filing System, copies of which are attached and hereby served upon you.

/s:/ Jennifer A. Kunze
Attorney for Incandela
**The Miller Law Group, LLC**
15 Spinning Wheel Road
Suite 210
Hinsdale, Illinois 60521
Telephone: (630) 655-0692
Facsimile: (630) 654-4894

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, certifies under penalties of perjury that on this 10th day of September, 2008, before 5:00 p.m., copies of Plaintiff's Amended Complaint and all other aforementioned documents were electronically filed with the Clerk of the Northern District of Illinois, Eastern Division, using the ECF, which will send notification of such to Mr. James Kienzle, attorney for Great-West Life & Annuity Insurance Company.

            /s/: Jennifer A. Kunze
            Attorney for Incandela
            **The Miller Law Group, LLC**
            15 Spinning Wheel Road
            Suite 210
            Hinsdale, Illinois 60521
            Telephone: (630) 655-0692
            Facsimile: (630) 654-4894